IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** : | Criminal No: |
| : | |
| : | **GRAND JURY ORIGINAL** |
| v.   : | |
| : | **Violations**: |
| : | |
| KEVIN HONESTY,   : | 18 U.S.C. § 2113(a) and (d) |
| : | (Armed Bank Robbery) |
| : | |
| Defendant   : | 18 U.S.C. §924(c)(1)(A)(i); (ii) |
| : | (Using, Carrying and Brandishing |
| : | a Firearm in Relation to a |
| : | Federal Crime of Violence) |
| : | |
| : | 18 U.S.C. §2 |
| : | (Aiding and Abetting) |

**I N D I C T M E N T**

The grand jury charges that:

**COUNT ONE**

On or about July 19, 2002, in the District of Columbia, defendant **KEVIN HONESTY,** together with others unknown to the grand jury did assault and put in jeopardy the life of a person by the use of a dangerous weapon in the commission of the offense of bank robbery, in that he, while armed with and brandishing a firearm, by

-2-

force and violence, did take from the person or presence of another money, namely, approximately $11,956.75 belonging to, and in the care, custody, control, management and possession of the SunTrust Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

    (**Armed Bank Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 2113(a) and (d); and 2).

## COUNT TWO

On or about July 19, 2002, within the District of Columbia, defendant **KEVIN HONESTY** knowingly used, carried, possessed and brandished a firearm, during and in relation to and in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, specifically, armed bank robbery as charged in Count One of this Indictment.

    (**Using and Carrying a Firearm During a Crime of Violence and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and (ii), and 2).

    A TRUE BILL:


    FOREPERSON.


Attorney of the United States in
and for the District of Columbia