UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal N0. 07-155 (PLF) |
| | : | |
| KEVIN HONESTY | : | |

APPEARANCE OF COUNSEL AND NOTICE OF NEW ADDRESS

Pursuant to Local Criminal Rule 44.5, the Clerk is hereby informed that Gary M. Sidell enters his appearance on behalf of defendant Kevin Honesty in this proceeding. Effective Monday, July 30, 2007, counsel's office address will change to:

   1776 K Street, NW
   Suite 800
   Washington, D.C. 20006

All telephone numbers and facsimile number will remain the same.

Respectfully submitted,

_____
Gary M. Sidell
1101 Connecticut Ave., NW
Suite 1000
Washington, D.C. 20036
D.C. Bar No. 961847
202-783-0060
202-331-9666 (facsimile)
suitcase@erols.com