UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
)
vs. )   Criminal No. 07-155   (PLF)
)
KEVIN HONESTY )
Defendant. )
)

## ORDER

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house ____KEVIN HONESTY____ at Central Treatment Facility until further Order of this Court.

_July 18, 2007_
Date

_Paul L. Friedman_
Judge Paul L. Friedman
United States District Court