# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 07-155 | MAGIS. NO: |
|---|---|---|
| V. KEVIN HONESTY | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Kevin Honesty | **FILED** JUL 3 0 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| DOB:       PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

ARMED BANK ROBBERY

USING, CARRYING, AND BRANDISHING A FIREARM IN RELATION TO A FEDERAL CRIME OF VIOLENCE;

AIDING AND ABETTING

*[Handwritten: Quash — Paul L. Friedman, U.S. District Judge, July 30, 2007]*

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18:2113(a) and (b); 18:924(c)(1)(A)(i) and (ii); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY: MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED: 6/14/07 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 6/14/07 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE:  Yes __  No X | | OCDETF CASE:  Yes __  No X |

138171