IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** : | | Criminal No: 07-0155 (PLF) |
| : | | |
| v. : | | <u>Violations</u>: |
| : | | 18 U.S.C. § 2113(a) and (d) |
| : | | (Armed Bank Robbery) |
| **KEVIN HONESTY,** : | | 22 D.C. Code § 4504(b) |
| : | | (Possessing and Carrying a Firearm During the Commission of a Crime of Violence) |
| Defendant : | | |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

On or about July 19, 2002, in the District of Columbia, defendant **KEVIN HONESTY**, together with others unknown to the grand jury did assault and put in jeopardy the life of a person by the use of a dangerous weapon in the commission of the offense of bank robbery, in that he, while armed with and brandishing a firearm, by force and violence, did take from the person or presence of another money, namely, approximately $11,956.75 belonging to, and in the care, custody, control, management and possession of the SunTrust Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Armed Bank Robbery**, in violation of Title 18, United
States Code, Sections 2113(a) and (d)).

-2-

## COUNT TWO

On or about July 19, 2002, within the District of Columbia, defendant **KEVIN HONESTY** knowingly and intentionally used, carried, possessed and brandished a firearm, during and in relation to and in furtherance of a crime of violence, specifically, armed bank robbery as charged in Count One of this Information.

(**Possessing and Carrying a Firearm During the Commission of a Crime of Violence**, in violation of Title 22, D.C. Code, Section 4504(b)).

```
                              JEFFREY A. TAYLOR
                              United States Attorney
                              D.C. Bar Number 498610


                      By:     _____
                              Barbara E. Kittay
                              Assistant United States Attorney
                              D.C. Bar Number 414216
                              Federal Major Crimes Section
                              555 Fourth Street, N.W., Room 4846
                              Washington, D.C.  20530
                              Tel:  (202) 514-6940
```