IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO.: 07-0155 (PLF) |
| | : |
| v. | : |
| | : |
| **KEVIN HONESTY,** | : |
| | : |
| **Defendant.** | : |

**RESPONSE OF THE UNITED STATES TO THE DEFENDANT'S
MOTION TO HOLD CHRISTOPHER IVINS IN CONTEMPT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the defendant's motion to hold Christopher Ivins in contempt, and states as follows:

1. The United States is a party to this action only insofar as it represents the government's interest in prosecuting defendant Kevin Honesty for crimes committed on July 19, 2002. It does not and cannot represent the D.C. Jail, the Central Treatment Facility (CTF), or CTF's employee Mr. Ivins, in any capacity.

2. Defendant's counsel has confirmed his understanding that the United States does not have an interest in the outcome of this motion, and has confirmed that the United States need not, therefore, file a response to this motion and would not, in declining to respond, be conceding any right or interest of the United States.

3. Defendant's counsel has also confirmed that it is his intention to pursue this motion, and that he believes he has made

-2-

significant and appropriate effort to serve Mr. Ivins and to ascertain his representation.

4. Counsel for the United States has confirmed, through contacts with personnel in the Office of General Counsel for the D.C. Department of Corrections, that Mr. Ivins is represented by Dan Struck, Esquire, of Jones, Skelton & Hochuli, of Phoenix, Arizona (counsel for the business entity that operates CTF). Counsel for the United States has also spoken personally with Mr. Struck, who advises that he is working on and soon will be filing a response to the defendant's motion.

Respectfully submitted this 18th day of September, 2007.

                                                                           Barbara E. Kittay  
                                                                           Assistant United States Attorney  
                                                                           D.C. Bar No. 414216  
                                                                           Federal Major Crimes Section  
                                                                           555 4th Street, N.W., Room 4846  
                                                                           Washington, D.C. 20530  
                                                                           (202) 514-6940  
                                                                           Barbara.Kittay @usdoj.gov