CO-526
(Rev. 4/91)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 07-155 (PLF)
)
KEVIN HONESTY )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant hereby waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Asst. United States Attorney

Approved:

_____
United States District Judge