AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
SEP 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Kevin Honesty

## WAIVER OF INDICTMENT

CASE NUMBER: 07-155 (PLF)

I, __KEVIN HONESTY__, the above named defendant, who is accused of Armed Bank Robbery; Possessing + Carrying a Firearm During the Commission of a Crime of Violence

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9-11-07__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer