IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 07-0155 (PLF) |
| | : | |
| v. | : | **FILED** |
| | : | |
| KEVIN HONESTY, | : | SEP 1 1 2007 |
| | : | |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts supporting the defendant's guilty plea, to which the government and the defendant, KEVIN HONESTY, by and through counsel, do hereby stipulate:

1. On July 19, 2002, the SunTrust Bank (including its branch located at 5601 Third Street, N.E., in Washington, D.C.) was insured by the Federal Deposit Insurance Corporation ("FDIC")).

2. On July 19, 2002, Kevin Honesty and two co-conspirators entered the SunTrust Bank branch described in paragraph #1, above, wearing plastic masks. A co-conspirator was carrying a long box with a wide green stripe; defendant Honesty was carrying a silver revolver handgun. Both firearms were loaded and operable; neither was registered; and none of the men had permits to carry a firearm in the District of Columbia or elsewhere.

3. As soon as defendant Honesty and his co-conspirators entered the bank, a co-conspirator removed from the long box a pistol-grip shotgun. He told the bank employees and customers to

-2-

lie down on the floor. Defendant Honesty brandished his silver handgun and demanded that the tellers give him money. As the co-conspirator with the shotgun controlled the bank, defendant Honesty filled a bag with U.S. currency totaling more than $11,965. Then all of the men fled the bank with the money.

4. On November 13, 2002, law enforcement officers, armed with a valid search warrant, searched defendant Honesty's home, located on Heston Terrace, in Lanham, Maryland. Probable cause for the search warrant was based, in part, on the following: 1) defendant Honesty's DNA was recovered from a hair recovered from a hat left behind by a bank robber at a SunTrust Bank located in Silver Spring, Maryland, on August 9, 2002; and 2) defendant Honesty's fingerprints were recovered from a plastic mask left in the getaway vehicle of an armored car robbery, in Anne Arundel County, Maryland, on August 15, 2002.

5. At defendant Honesty's residence, law enforcement recovered (among many other items of evidence) the long box with the green stripe seen in the surveillance photographs taken at the SunTrust Bank in Washington, D.C.; the pistol-grip shotgun; the silver handgun firearm brandished by defendant Honesty in the Washington, D.C., SunTrust robbery; and over $150,000 in U.S. currency.

6. Following his arrest, and pursuant to a debriefing agreement, defendant Honesty admitted to a series of armed

-3-

robberies, including the July 19, 2002 robbery of SunTrust Bank, in Washington, D.C.; the August 9, 2002 robbery of the SunTrust Bank in Silver Spring, Maryland; and the August 15, 2002 armored car robbery in Anne Arundel County, Maryland. With respect to the D.C. robbery specifically, defendant Honesty identified himself in the bank surveillance photographs, and he identified the weapons that were used as those that were recovered pursuant to the search warrant executed at his home.

_____
Barbara E. Kittay
Assistant United States Attorney
D.C. Bar No. 414216
Federal Major Crimes Section
555 4th Street, N.W., Room 4846
Washington, D.C.  20530
(202) 514-6940
Barbara.Kittay @usdoj.gov

-4-

**Defendant's Acceptance**

    I have read this Factual Proffer in Support of Guilty Plea. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this factual proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_9-11-07_  
Date

_/s/ Kevin Honesty_  
Kevin Honesty

**Defense Counsel's Acknowledgment**

    I am Kevin Honesty's attorney. He has reviewed every part of this Factual Proffer in Support of Guilty Plea. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_9-11-07_  
Date

_/s/ Gary M. Sidell_  
Gary M. Sidell, Esquire