HONORABLE PAUL FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-155</u> |
| --- | --- | --- |
| vs. | : | |
| HONESTY, Kevin | : | Disclosure Date: <u>September 11, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                    _____
Prosecuting Attorney                                                            Date

### For the Defendant
(CHECK APPROPRIATE BOX)
( )   There are no material/factual inaccuracies therein.
(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 9-26-07                            _____ 9/26/07
Defendant     Date                                     Defense Counsel    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 25, 2007</u>, to U.S. Probation Officer <u>Kelly Kraemer-Soares</u>, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
       United States Probation Officer

Receipt and Acknowledgment    BY DEFENDANT HONESTY                Page 2

UNITED STATES V. KEVIN HONESTY  07-155 (PLF)

|   | As reported | Correction |
|---|---|---|
| 1. | page 2 | |
|   | Dependents: 0 | 4  (1) Kevon, age 21 |
|   |   | (2) Kevin, age 12 |
|   |   | (3) Sevyn, age 15 |
|   |   | (4) Ronald Johnson, Jr. age 18 |
| 2. | page 11 | |
|   | ¶ "On December 11, 2002. . ." | |
|   | "(see paragraph 48)" | paragraph 44 (page 13) |
| 3. | page 19 | |
|   | paragraph 77 | |
|   | "The minimum term of . . ." | Mandatory minimum of |
| 4. | page 20 | |
|   | paragraph 79 | |
|   | "If the Court determines . . ." | The D.C. firearm charge (22 DC Code 4504(b)) imposes a mandatory minimum sentence of five (5) years. |
| 5. | page 20 | |
|   | paragraph 80 | |
|   | "and carries a minimum term. ." | See, No. 4, ABOVE |
| 6. | page 21 | |
|   | paragraph 87 | |
|   | "The defendant is eligible for a term of probation," | Because of the mandatory minimum five (5) year sentence, the defendant is ineligible for probation on this count. |

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 9-17-07