HONORABLE PAUL L. FRIEDMAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-07-155</u> |
| --- | --- | --- |
| | : | |
| vs. | : | |
| | : | |
| HONESTY, Kevin | : | Disclosure Date: <u>September 11, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
(✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     _____
Prosecuting Attorney                                      Date

**For the Defendant**
(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____
Defendant         Date                              Defense Counsel    Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 25, 2007</u>, to U.S. Probation Officer <u>Kelly Kraemer-Soares</u>, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
           United States Probation Officer

**Receipt and Acknowledgment**                                            Page 2

① Please ascertain whether Criminal History points are appropriate for the armed robbery conviction described on page 10 (arrest date 12-24-2003).

② Page 19, paragraph 78 — the offense level is 35 (see paragraph 23) and the Criminal History Category is IV (see paragraph 31), so the appropriate range is 94 to 105.

③ The defendant's convictions with respect to the mandatory minimums are correct.

④ With respect to the other comments in paragraph 78 (re: consecutive or concurrent sentences for his prior revocation) — we believe this is a complex question, since the defendant already received a revocation consecutive to his Maryland conviction and because both the DC and the Maryland cases had mandatory consecutive sentences for the firearms convictions. We think this issue may fall under § 5G1.3(c) and Application Note 3(D), and the Court will be aware that these are policy statements. Please call me to discuss this further.

Signed by: _Barbara Li Hay_
(Defendant/Defense Attorney/AUSA)

Date: 9-18-2007