### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

United State of America,

      v.

Kevin Honesty.

1:07-cr-00155-PLF

### NOTICE OF APPEARANCE

      NOTICE IS HEREBY GIVEN that the law firm of Jones, Skelton & Hochuli, P.L.C., through Daniel Struck and Jennifer Holsman, hereby enters its appearance as counsel for witness, Christopher Ivins, in the above-captioned matter.

      Respectfully submitted,

Dated: October 1, 2007

By  s/Jennifer L. Holsman
     Daniel P. Struck, DC Bar No. CO0037
     Jennifer L. Holsman, DC Bar No. 495296
     JONES, SKELTON & HOCHULI, P.L.C.
     2901 North Central Avenue, Suite 800
     Phoenix, Arizona  85012
     Telephone:  (602) 263-1700
     Facsimile:  (602) 263-1784

     Paul J. Maloney, DC Bar No. 362533
     Mariana D. Bravo, DC Bar No. 473809
     CARR MALONEY, P.C.
     1615 L Street, N.W., Suite 500
     Washington, DC   20036
     Telephone:       (202) 310-5500
     Facsimile:       (202) 310-5555

     Attorneys for Respondent, *Christopher Ivins*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2007, a copy of the foregoing was served by

First Class U.S. Mail on the following parties:

Gary M. Sidell, Esq.
1776 K Street, N.W.
Suite 800
Washington, D.C. 20006
Attorney for Defendant, *Kevin Honesty*

Barbara E. Kittay, Esq.
U.S. Attorney's Office
555 Fourth Street, N.W.
Room 4846
Washington, D.C. 20530
Attorney for Plaintiff, *United States*

Paul J. Maloney, Esq.
Mariana D. Bravo, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC   20036
Attorneys for Respondent, *Christopher Ivins*

s/  Jennifer L. Holsman